**IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,**<br><br>PLAINTIFF,<br><br>V.<br><br>**LIMETREE BAY TERMINALS, LLC,**<br><br>DEFENDANT. | **CASE NO. 1:24-CV-00004** |

**NOTICE OF APPEARANCE**

Please enter the appearance of Andrew C. Simpson, P.C. as counsel of record for Port Hamilton Refining and Transportation, LLLP.

                                                Respectfully submitted,

                                                **ANDREW C. SIMPSON, P.C.,**
                                                Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: February 28, 2024

                                                /s/ Andrew C. Simpson
                                                Andrew C. Simpson
                                                VI Bar No. 451
                                                ANDREW C. SIMPSON, P.C.
                                                2191 Church Street, Suite 5
                                                Christiansted, VI 00820
                                                Tel: 340.719.3900
                                                asimpson@coralbrief.com