IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| **PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,**<br><br>    PLAINTIFF,<br><br>    V.<br><br>**LIMETREE BAY TERMINALS, LLC,**<br><br>    DEFENDANT. | **CASE NO. 1:24-CV-00004** |

**PORT HAMILTON'S NOTICE REGARDING
ENTRY OF FINAL ORDERS OR JUDGMENT BY THE BANKRUPTCY COURT**

Port Hamilton Refining and Transportation, LLLP gives notice pursuant to Bankruptcy Court Rule 9027(e)(3) that it does not consent to the entry of final orders or judgment by the Bankruptcy Court.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: February 28, 2024

  /s/ Andrew C. Simpson
Andrew C. Simpson
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com