## IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS

### DIVISION OF ST. CROIX

| | |
|---|---|
| **PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,**<br><br>PLAINTIFF,<br><br>V.<br><br>**LIMETREE BAY TERMINALS, LLC,**<br><br>DEFENDANT. | **CASE NO. 1:24-CV-00004** |

### CORPORATE DISCLOSURE STATEMENT OF PORT HAMILTON REFINING AND TRANSPORTATION, LLLP

Port Hamilton Refining and Transportation, LLLP makes the following corporate disclosure pursuant to Fed. R. Civ. P. 7.1.

7.1(a)(1)(B): Port Hamilton Refining and Transportation, LLLP has no parent corporation and no publicly held corporation owns 10% or more of its membership interests.

7.1(a)(2): Not applicable.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: February 28, 2024

  /s/ Andrew C. Simpson
Andrew C. Simpson
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com