**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,**<br><br>PLAINTIFF,<br><br>V.<br><br>**LIMETREE BAY TERMINALS, LLC,**<br><br>DEFENDANT. | CASE NO. 1:24-CV-00004 |

**NOTICE OF NEGOTIATED EXTENSION OF DEADLINES**

Now comes Port Hamilton Refining and Transportation, LLLP ("Port Hamilton"), through undersigned counsel, and gives notice pursuant to LRCi 6(b)(7) that the parties have agreed to the following negotiated deadlines:

Deadline for Port Hamilton to move to remand the case: **April 5, 2024.**

Deadline for Port Hamilton to respond to the motion to transfer venue: **April 5, 2024.**

Deadline for Limetree Bay Terminals to answer the complaint: **April 19, 2024.**

                                                        Respectfully submitted,

                                                        **ANDREW C. SIMPSON, P.C.,**
                                                        Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: February 28, 2024

                                                        _____
                                                        By: Andrew C. Simpson, Esq.
                                                        VI Bar No. 451
                                                        ANDREW C. SIMPSON, P.C.
                                                        2191 Church Street, Suite 5
                                                        Christiansted, VI 00820
                                                        Tel: 340.719.3900
                                                        asimpson@coralbrief.com