IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,<br><br>    PLAINTIFF,<br><br>  V.<br><br>LIMETREE BAY TERMINALS, LLC, D/B/A OCEAN POINT TERMINALS AND ALL OTHERS CLAIMING AN INTEREST IN ANY IMPROVEMENTS LOCATED ON ANY OF THE FOLLOWING PROPERTIES:<br><br>REFINERY PLOT 1-AB, (COMPRISING 6.8818 U.S. ACRES) AND REMAINDER OF REFINERY PLOT NO. 1 (COMPRISING 114.9456 U.S. ACRES), OVER PORTIONS OF ESTATES BLESSING AND HOPE, KING AND QUEEN QUARTERS, ST. CROIX, U.S. VIRGIN ISLANDS AS SHOWN ON OLG DRAWING NO. A9-L 40-C0 19, DATED MAY 24, 2019;<br><br>REMAINDER OF REFINERY PLOT NO. 2 (COMPRISING 26.5670 U.S. ACRES), OVER PORTIONS OF ESTATES BLESSING, HOPE AND JERUSALEM, KING AND QUEEN QUARTERS, ST. CROIX, U.S. VIRGIN ISLANDS AS SHOWN ON OLG DRAWING NO. A9-142-C019, DATED MAY 30, 2019; AND<br><br>REMAINDER OF REFINERY PLOT NO. 3 (COMPRISING 184.4305 U.S. ACRES), OVER PORTIONS OF ESTATES JERUSALEM, FIGTREE HILL AND CASTLE COAKLEY LAND, QUEEN QUARTER, ST. CROIX, U.S. VIRGIN ISLANDS AS SHOWN ON OLG DRAWING NO. A9-141-C019, DATED MAY 24, 2019.<br><br>    DEFENDANTS. | CASE NO. 1:24-CV-00004 |

MOTION TO REMAND

1

Port Hamilton Refining and Transportation, LLLP ("Port Hamilton") moves to remand this matter to the Superior Court of the Virgin Islands for the following reasons, as more fully explained in the accompanying memorandum in support of motion:

1. Ocean Point's removal of the action was untimely such that this Court lacks jurisdiction;

2. The Court lacks post-confirmation jurisdiction over the dispute;

2. The Court is required to abstain from the case;

3. Even if abstention is not mandatory, as a matter of sound exercise of the Court's discretion, it should abstain from the matter.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: April 5, 2024

   /s/ Andrew C. Simpson
By: Andrew C. Simpson
VI Bar No. 451
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com