IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,<br><br>PLAINTIFF,<br><br>V.<br><br>LIMETREE BAY TERMINALS, LLC, D/B/A OCEAN POINT TERMINALS AND ALL OTHERS CLAIMING AN INTEREST IN ANY IMPROVEMENTS LOCATED ON ANY OF THE FOLLOWING PROPERTIES:<br><br>REFINERY PLOT 1-AB, (COMPRISING 6.8818 U.S. ACRES) AND REMAINDER OF REFINERY PLOT NO. 1 (COMPRISING 114.9456 U.S. ACRES), OVER PORTIONS OF ESTATES BLESSING AND HOPE, KING AND QUEEN QUARTERS, ST. CROIX, U.S. VIRGIN ISLANDS AS SHOWN ON OLG DRAWING NO. A9-L 40-C0 19, DATED MAY 24, 2019;<br><br>REMAINDER OF REFINERY PLOT NO. 2 (COMPRISING 26.5670 U.S. ACRES), OVER PORTIONS OF ESTATES BLESSING, HOPE AND JERUSALEM, KING AND QUEEN QUARTERS, ST. CROIX, U.S. VIRGIN ISLANDS AS SHOWN ON OLG DRAWING NO. A9-142-C019, DATED MAY 30, 2019; AND<br><br>REMAINDER OF REFINERY PLOT NO. 3 (COMPRISING 184.4305 U.S. ACRES), OVER PORTIONS OF ESTATES JERUSALEM, FIGTREE HILL AND CASTLE COAKLEY LAND, QUEEN QUARTER, ST. CROIX, U.S. VIRGIN ISLANDS AS SHOWN ON OLG DRAWING NO. A9-141-C019, DATED MAY 24, 2019.<br><br>DEFENDANTS. | CASE NO. 1:24-CV-00004 |

**[PROPOSED] ORDER ON MOTION TO REMAND**

1

2

This matter is before the Court on the motion of Port Hamilton Refining and Transportation, LLLP ("Port Hamilton") to remand this matter to the Superior Court of the Virgin Islands. The Court finds that Ocean Point's removal of the action was untimely such that this Court lacks jurisdiction. It further finds that it lacks post-confirmation jurisdiction over the dispute. Finally the Court concludes that it is required to abstain from the case but, if it were not, as a matter of the sound exercise of the Court's discretion, it would abstain from the matter.

Accordingly, it is **ORDERED** that this matter is remanded to the Superior Court of the Virgin Islands. The Clerk shall close this case.

_____

U.S. District Judge