# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

|  |  |  |
|---|---|---|
| PORT HAMILTON REFINING & TRANSPORTATION, LLLP, | § § § § | |
| Plaintiff, | § § | Case No. 1:24-cv-00004-WAL-EAH |
| vs. | § § | |
| LIMETREE BAY TERMINALS, LLC *d/b/a* OCEAN POINT TERMINALS, *et al.*, | § § § § § | |
| Defendants. | § § | |

## NOTICE OF NEGOTIATED EXTENSION OF DEADLINE

Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("***Ocean Point***") files this *Notice of Negotiated Extension of Deadline* and, pursuant to Rule 6.1(b)(7) of the Local Rules of Civil Procedure of the District Court of the Virgin Islands, hereby gives notice that the parties have agreed to the following extended deadline:

Ocean Point shall have until on or before **April 19, 2024** to file a Reply to the *Opposition to Motion to Transfer* [D.I. 10] filed by Port Hamilton Refining & Transportation, LLLP.

Respectfully submitted,

**REED SMITH LLP**

Dated: April 11, 2024     By:    /s/ *Mark W. Eckard*
                                 Mark W. Eckard (1051)
                                 1201 N. Market Street, Suite 1500
                                 Wilmington, DE  19801
                                 Telephone:  (302) 778-7546
                                 Facsimile:  (302) 778-7575
                                 Email:  MEckard@ReedSmith.com

                                 Counsel to Limetree Bay Terminals, LLC *d/b/a* Ocean Point Terminals