# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | | |
|---|---|---|
| PORT HAMILTON REFINING & TRANSPORTATION, LLLP, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 1:24-cv-00004 |
| LIMETREE BAY TERMINALS, LLC *d/b/a* OCEAN POINT TERMINALS, *et al.*, | § § § § § | |
| Defendants. | § § | |

## ORDER DENYING PORT HAMILTON'S MOTION TO REMAND

Pending before the Court is Plaintiff Port Hamilton Refining & Transportation, LLLP ("***Port Hamilton***")'s Motion to Remand (the "***Motion***") [Dkt. No. 8]. Having considered the Motion, submissions, and applicable law, the Court ORDERS that the Motion is hereby DENIED.

SO ORDERED this _____ day of _____, 2024.

_____
PRESIDING JUDGE