**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,**<br><br>　　　　　　　**PLAINTIFF,**<br><br>V.<br><br>**LIMETREE BAY TERMINALS, LLC,**<br><br>　　　　　　　**DEFENDANT.** | **CASE NO. 1:24-CV-00004** |

**PORT HAMILTON'S MOTION TO DISMISS COUNTERCLAIM**

Port Hamilton Refining and Transportation, LLC ("Port Hamilton") moves to dismiss Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("Ocean Point") counterclaim under Fed. R. Civ. P. 12(b)(6) because Ocean Point fails to plausibly state a claim upon which relief can be granted and because it lacks standing to sue Port Hamilton under the Asset Purchase Agreement described in the counterclaim.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**ANDREW C. SIMPSON, P.C.,**
　　　　　　　　　　　　　　　　　　Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: May 30, 2024

　　　　　　　　　　　　　　　　　　 /s/ Andrew C. Simpson
　　　　　　　　　　　　　　　　　　Andrew C. Simpson
　　　　　　　　　　　　　　　　　　VI Bar No. 451
　　　　　　　　　　　　　　　　　　ANDREW C. SIMPSON, P.C.
　　　　　　　　　　　　　　　　　　2191 Church Street, Suite 5
　　　　　　　　　　　　　　　　　　Christiansted, VI 00820
　　　　　　　　　　　　　　　　　　Tel: 340.719.3900
　　　　　　　　　　　　　　　　　　asimpson@coralbrief.com