# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| PORT HAMILTON REFINING & TRANSPORTATION, LLLP, § § § § | |
| Plaintiff/Counter-Defendant, § | |
| vs. § | Case No. 1:24-cv-00004 |
| LIMETREE BAY TERMINALS, LLC *d/b/a* OCEAN POINT TERMINALS, *et al.*, § § § § | |
| Defendant/Counter-Plaintiff. § | |

## ORDER DENYING PORT HAMILTON'S MOTION TO DISMISS COUNTERCLAIM

Pending before the Court is Plaintiff Port Hamilton Refining & Transportation, LLLP ("***Port Hamilton***")'s Motion to Dismiss Counterclaim (the "***Motion***") [Docket No. 16]. Having considered the Motion, submissions, and applicable law, the Court ORDERS that the Motion is hereby DENIED.

SO ORDERED this _____ day of _____, 2024.

_____
HONORABLE WILMA A. LEWIS
UNITED STATES DISTRICT JUDGE