**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,**<br><br>         **PLAINTIFF,**<br><br>   V.<br><br>**LIMETREE BAY TERMINALS, LLC,**<br><br>         **DEFENDANT.** | **CASE NO. 1:24-CV-00004** |

**NOTICE OF NEGOTIATED EXTENSION OF DEADLINE**

Now comes Port Hamilton Refining and Transportation, LLLP ("Port Hamilton"), through undersigned counsel, and gives notice pursuant to LRCi 6(b)(7) that the parties have agreed to the following negotiated deadline:

Deadline for Port Hamilton to file its reply to Limetree Bay Terminals' opposition (Doc. No. 18) to motion to dismiss counterclaim (Doc. No. 17):    **July 10, 2024.**

                                                                    Respectfully submitted,

                                                                    **ANDREW C. SIMPSON, P.C.,**
                                                                    Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: July 5, 2024

                                                                    _____
                                                                    By: Andrew C. Simpson, Esq.
                                                                    VI Bar No. 451
                                                                    ANDREW C. SIMPSON, P.C.
                                                                    2191 Church Street, Suite 5
                                                                    Christiansted, VI 00820
                                                                    Tel: 340.719.3900
                                                                    asimpson@coralbrief.com