### DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| PORT HAMILTON REFINING & TRANSPORTATION, LLLP,<br><br>Plaintiff,<br><br>vs.<br><br>LIMETREE BAY TERMINALS, LLC *d/b/a* OCEAN POINT TERMINALS, *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§ Case No. 1:24-cv-00004<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### **ORDER**

Pending before the Court is Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("**Ocean Point**")'s *Omnibus Motion for (I) Referral to the Bankruptcy Judge Pursuant to Rule 5011-1 of the Local Rules of the District Court of the Virgin Islands Bankruptcy Division and (II) Reconsideration of Order Entered July 18, 2024, Pursuant to District Court Local Rule 7.3(a)(3)* (the "**Motion**"). Having considered the Motion and all related submissions and finding good and just cause for the relief requested in the Motion, it is hereby:

ORDERED that the Motion is granted as set forth herein;

ORDERED that the above-captioned action is hereby referred to the Bankruptcy Judge and shall be entered on the docket of the Bankruptcy Division; and it is further

ORDERED that the Court's Order entered on July 18, 2024, at Docket Item 21, is hereby vacated.

SO ORDERED this _____ day of _____, 2024.

_____
Honorable Wilma A. Lewis
United States District Judge

1