**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,<br><br>PLAINTIFF,<br><br>V.<br><br>LIMETREE BAY TERMINALS, LLC,<br><br>DEFENDANT. | CASE NO. 1:24-CV-00004 |

**[PROPOSED] ORDER ON PORT HAMILTON'S MOTION TO RECONSIDER**

This matter is before the Court on Port Hamilton Refining and Transportation, LLC's ("Port Hamilton") motion (Doc. No. 26) to reconsider the Court's Order of September 30, 2024 (Doc. No. 24). The premises considered, it is **ORDERED** that Port Hamilton's motion is **GRANTED** and it is further

**ORDERED** that this Court's Order (Doc. No. 24) transferring the case to the Southern District of Texas is vacated; and it is further

**ORDERED** that the motion to transfer (Doc. No. 2) filed by Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("Ocean Point") is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court is directed not to transfer the case and, if it has already been closed, to reopen it; and it is further

**ORDERED** that Port Hamilton's motion to remand and motion to dismiss are not moot.

_____<br>
WILMA A. LEWIS<br>
District Judge