# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| PORT HAMILTON REFINING & TRANSPORTATION, LLLP,<br><br>      Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS, LLC d/b/a OCEAN POINT TERMINALS, *et al.*,<br><br>      Defendants. | Case No. 1:24-cv-00004 |

## NOTICE OF INTENT TO OPPOSE PORT HAMILTON'S MOTION TO RECONSIDER ORDER DIRECTING TRANSFER OF CASE

Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("Ocean Point") files this *Notice of Intent to Oppose* (this "**Notice**") *Port Hamilton's Motion to Reconsider Order Directing Transfer of Case* [D.I. 26] (the "***Motion***") and states as follows:

On September 30, 2024, the Court entered its *Order* [D.I. 24], which, among other things, directed the Clerk of Court to (i) transfer the above-captioned civil action (this "***Action***") to the United States Court for the Southern District of Texas and (ii) following the case transfer, mark this Action closed (the "***Order***").

On September 30, 2024, Port Hamilton Refining & Transportation, LLLP ("***PHRT***") filed the Motion.  The Motion does not contain a statement concerning Ocean Point's (i) concurrence with or (ii) opposition to the relief requested in the Motion (PHRT did not contact Ocean Point before filing the Motion).  *See* LRCi 7.1(f).  Ocean Point does not herein take issue with PHRT's omission of the representation described in LRCi 7.1(f) nor will Ocean Point argue in its opposition that, to the extent required under these circumstances, the lack of an LRCi 7.1(f) representation

constitutes cause to deny the Motion. Nevertheless, in keeping with the policy underying LRCi 7.1(f), Ocean Point hereby notifies the Court as follows:

**Ocean Point will oppose the Motion** in accordance with applicable rules, including LRCi 6.1(b)(3), which provides that "[a]ny response [to a motion for reconsideration] may be filed no later than 14 days after service of the motion."

                                              **RAINES FELDMAN LITTRELL LLP**

Dated: October 2, 2024        By: *Mark W. Eckard*
                                            Mark W. Eckard (No. 1051)
                                            1200 North Broom Street
                                            Wilmington, DE 19806
                                            Telephone: 302.647.1018
                                            Email: MEckard@ReedSmith.com

                                            Counsel for Ocean Point Terminals